Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 72.203.80.205,<br><br>Defendant. | Case Number: 8:23-cv-01091-TJH-SP<br><br>Honorable Terry J. Hatter, Jr<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 72.203.80.205** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 72.203.80.205, are voluntarily dismissed with prejudice.

Dated: October 11, 2023       Respectfully submitted,

By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
**Law Offices of Lincoln Bandlow, PC**
*Attorney for Plaintiff*

1